MICROFILMED JUL – 7 2008 –12 08 PM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08

BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff KTB OIL CORPORATION
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie Van Hemmen ( JV 6414 )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KTB OIL CORPORATION                           08 Civ. 00585 (LAP)
        Plaintiff,

-against-

ORAM TANKER LTD. and ORAM MARINE
CO. LTD.

        Defendant.

---

### SECOND AMENDED ORDER APPOINTING PERSONS TO SERVE PROCESS

Upon application of plaintiff for a Second Amended Order appointing Joseph Cardillo or any other partner, associate, paralegal or agent of Betancourt, Van Hemmen, Greco & Kenyon LLC who is over 18 years of age and is not a party to this action, to serve the Second Amended Process of Maritime Attachment and Garnishment with Interrogatories, the Second Amended Order for Issuance of Process of Maritime Attachment, Summons and Second Amended Verified Complaint and Second Amended Declaration herein on garnishees and it appearing that Joseph Cardillo or any other agent of Betancourt, Van Hemmen, Greco & Kenyon, are qualified persons over 18 years of age, and are not parties to or attorneys in this action, and that substantial savings in process and travel fees will result from such appointment, it is:

ORDERED that Joseph Cardillo or any other partner, associate, paralegal or agent of Betancourt, Van Hemmen, Greco & Kenyon LLC who is over 18 years of age and is not a party to this action, be and hereby are appointed to serve the Second Amended Process of Maritime Attachment and Garnishment with Second Amended Interrogatories, Second Amended Order for Issuance of Process of Maritime Attachment, Summons and Second Amended Verified Complaint and Second Amended Declaration herein on garnishees.

Dated: New York, NY
       July 3, 2008

_____
U. S. D. J.